UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL, | No. 2:16-cv-0441 KJN P |
| Plaintiff, | |
| v. | ORDER |
| J. MACOMBER, et al., | |
| Defendants. | |

Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

By an order filed April 4, 2016, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On April 13, 2016, plaintiff submitted the USM-285 forms but failed to file the copies of the complaint.

Plaintiff claims that he is "not allowed to make copies," (ECF No. 9), but fails to explain why. The undersigned is aware that there are procedures in place for inmates to obtain photocopies. Plaintiff does not claim that he has availed himself of such procedures.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to return the copy of the complaint submitted by plaintiff on April 13, 2016; and

2. Within thirty days, plaintiff shall submit to the court the four copies of the endorsed March 2, 2016, complaint required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

Dated: April 21, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

howe0441.8f

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>            Plaintiff,<br><br>      v.<br><br>J. MACOMBER, et al.,<br><br>            Defendants. | No.  2:16-cv-0441 KJN P<br><br>NOTICE OF SUBMISSION OF DOCUMENTS |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

\_\_\_\_          copies of the _____

Complaint

DATED:

_____
Plaintiff

3