UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL, | No. 2:16-cv-0441 KJN P |
| Plaintiff, | |
| v. | ORDER |
| J. MACOMBER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, has filed a civil rights action pursuant to 42 U.S.C. § 1983, and is proceeding pro se. Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). On April 4, 2016, the court found that plaintiff stated potentially cognizable Eighth Amendment claims against defendants Brady, Iobokwe, and Tran, and dismissed plaintiff's claims against the remaining defendants, but granted him leave to file an amended complaint. On May 5, 2016, plaintiff elected not to amend the complaint, and provided forms for service of process on defendants Brady, Iobokwe, and Tran, consenting to dismissal of the remaining defendants. (ECF No. 6.) Thus, this action shall proceed solely on plaintiff's Eighth Amendment claims against defendants Brady, Iobokwe, and Tran.

////

////

////

Accordingly, IT IS HEREBY ORDERED that plaintiff's claims against defendants Warden Macomber, Facility Captain Cannedy, Facility Lt. Snyder, and Sgt. Gonzales are dismissed without prejudice.

Dated: May 12, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cw/howe0441.dsm

2