LONGYEAR, O'DEA & LAVRA, LLP
VAN LONGYEAR, CSB NO. 84189
PETER C. ZILAFF, CSB NO. 272658
3620 American River Drive, Suite 230
Sacramento, California 95864-5923
Telephone: (916) 974-8500
Fax: (916) 974-8510

Attorneys for Defendants, C. Igbokwe, D. Tran and M. Brady

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL, P-79828, | CASE NO. 2:16-cv-00441 KJN |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF ATTORNEYS AND ORDER** |
| J. MACOMBER, WARDEN, C. CANNEDY, FACILITY CAPTAIN, T. SNYDER, FACILITY LIEUTENANT, D. GONZALES, FACILITY SERGEANT, M. BRADY, CORRECTIONAL OFFICER, D. TRAN, CORRECTIONAL OFFICER, C. IOBOKWE, CORRECTIONAL OFFICER, | |
| Defendants. | |

DEFENDANTS, M. Brady, D. Tran, and C. Igbokwe, hereby substitute Van Longyear and Peter C. Zilaff of Longyear, O'Dea & Lavra, LLP, 3620 American River Drive, Suite 230, Sacramento, California 95864, (916) 974-8500, in the place and stead of Derrek Lee, Deputy Attorney General and the Office of the Attorney General for the State of California.

I agree to the above substitution.

Dated: January 27, 2017                By:__/s/_M. Brady_____
                                              M. BRADY
                                              Defendant

| | | |
|---|---|---|
| 1 | Dated: January 27, 2017 | By:__ /s/ D. Tran_____ |
| 2 | | D. TRAN |
| | | Defendant |
| 3 | | |
| 4 | Dated: January 27, 2017 | By:___ /s/ *C. Igbokwe*_____ |
| 5 | | C. IGBOKWE |
| | | Defendant |

6

7   I agree to the above substitution.

8   Dated: January 27, 2017            DEPUTY ATTORNEY GENERAL
                                       OFFICE OF THE ATTORNEY GENERAL
9

10                                     By:___ /s/__*Derrek Lee* _____
                                           DERREK LEE
11                                         Deputy Attorney General
                                           Attorneys for Defendants
12

13   I accept the above substitution.

14   Dated: January 27, 2017            LONGYEAR, O'DEA & LAVRA, LLP

15
                                        By:___*/s/ Van Longyear*_____
16                                          VAN LONGYEAR
                                            Attorney for Defendant
17

18   I accept the above substitution.

19   Dated: January 27, 2017            LONGYEAR, O'DEA & LAVRA, LLP

20                                      By:____*/s/ Peter C. Zilaff*_____
                                            PETER C. ZILAFF
21                                          Attorney for Defendant

22
     **IT IS SO ORDERED.**
23

24   Dated:  January 30, 2017

25
                                        _____
26                                      KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE
27   /howe0441.sub

28