UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>    Plaintiff,<br><br>  v.<br><br>J. MACOMBER, et al.,<br><br>    Defendants. | No. 2:16-cv-0441 KJM KJN P |
| KAREEM J. HOWELL,<br><br>    Plaintiff,<br><br>  v.<br><br>D. TRAN,<br><br>    Defendant. | No. 2:18-cv-0513 CKD P<br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se. On October 16, 2018, plaintiff filed a letter in the above-captioned cases addressed to the undersigned. While the court appreciates plaintiff's correspondence, it would not be appropriate to reassign his 2018 case to the undersigned. However, as the undersigned mentioned during the settlement conference in plaintiff's 2016 case, if all parties in plaintiff's 2018 case agree that a settlement conference is appropriate, the

1

undersigned is amenable to presiding over a settlement conference in Case No. 2:18-cv-0513 CKD P.

IT IS SO ORDERED.

Dated: October 18, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/howe0441.ltr