UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEN J. HOWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>J. MACOMBER, et al.,<br><br>    Defendants. | No. 2:16-cv-0441 KJM KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se. Plaintiff filed a request concerning the enforcement of his settlement agreement. The record reflects that on October 9, 2018, the undersigned settled this action. On November 5, 2018, the parties filed a stipulation for voluntary dismissal of this action signed by both parties, and this case was dismissed with prejudice on November 7, 2018. (ECF Nos. 73, 74.) Plaintiff now claims that he has not received the settlement proceeds.

Accordingly, IT IS HEREBY ORDERED that within fourteen days from the date of this order, defendants shall respond to plaintiff's request (ECF No. 75) and inform the court of the status of the payment of the settlement proceeds.

Dated: April 17, 2019

/howe0441.set.fb

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE